WELSHER, Respondent, vs. LIBBY, McNEIL & LIBBY, Appellant.

*March 1 — March 20, 1900.*

*Appealable orders.*

1. An order refusing to set aside the service of the summons and complaint on a foreign corporation is not appealable.
2. An order cannot be treated as a judgment for the purposes of appeal merely because it imposes costs of motion.

APPEAL from an order of the circuit court for Dane county: R. G. SIEBECKER, Circuit Judge. *Appeal dismissed.*

For the appellant there was a brief by *Buell & Hanks,* and oral argument by *S. C. Hanks.*

For the respondent there was a brief by *Shuttleworth & Dibble,* and oral argument by *F. K. Shuttleworth.*

WINSLOW, J.   This is an appeal by the defendant, a foreign corporation, from an order of the circuit court refusing to set aside the service of the summons and complaint, and imposing costs of motion.   The appeal must be dismissed, because the order is not an order within the category of appealable orders contained in sec. 3069, Stats. 1898, nor is there any special statute making such order appealable.   The idea seems to have been entertained that, because the order

imposed costs of motion, it should be treated as a judgment for the purposes of an appeal, such idea being founded upon inaccurate language used in *Kingsley v. G. N. R. Co.* 91 Wis. 380. This idea was distinctly rejected in *Lewis v. C. & N. W. R. Co.* 97 Wis. 368, and it is not necessary to further enlarge upon the subject.

*By the Court.*— Appeal dismissed.